**Order entered January 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00146-CR

**ESSIE D. HOPKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1355764-U**

## ORDER

The Court **GRANTS** Lori Ordiway's January 20, 2015, motion to permit current appointed counsel to withdraw on appeal, and we **DIRECT** the Clerk of the Court to remove her as appellant's attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant. We further **ORDER** the trial court to transmit a supplemental clerk's record containing the appointment of new counsel to this Court within ten (10) days.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated ten (10) days from the date of this order or when the order appointing new counsel is received.

The appeal remains set for submission on March 24, 2015, at 9:00 a.m. on the briefs previously filed.

/s/ DOUGLAS S. LANG
   JUSTICE